No. 327. VIRGINIA HUEY ET AL. *v.* D. A. BROCK ET AL. Error to the Supreme Court of the State of Alabama. Argued March 15, 16, 1923. Decided March 19, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. George H. Lamar,* with whom *Mr. Theodore J. Lamar* was on the brief, for plaintiffs in error. No appearance for defendants in error.

---

No. 756. SOUTHERN RAILWAY COMPANY *v.* A. D. WATTS, INDIVIDUALLY, ETC., ET AL.;

No. 724. ATLANTIC COAST LINE RAILROAD COMPANY *v.* A. D. WATTS, COMMISSIONER OF REVENUE, ETC., ET AL.;

No. 744. SEABOARD AIR LINE RAILWAY COMPANY *v.* A. D. WATTS, INDIVIDUALLY, ETC., ET AL.; and

No. 727. NORFOLK SOUTHERN RAILROAD COMPANY *v.* A. D. WATTS, COMMISSIONER OF REVENUE, ETC., ET AL. Appeals from the District Court of the United States for the Eastern District of North Carolina. Motion for substitution submitted March 19, 1923. Order entered April 9, 1923. *Per Curiam.* The motion to substitute the new Commissioner of Revenue, R. A. Daughton, for the ex-Commissioner of Revenue, A. D. Watts, is granted, on the ground that such substitution is authorized by § 461, Consol. Stats. N. Car. 1919, as construed by the Supreme Court of North Carolina in *Davenport* v. *McKee,* 98 N. Car. 500. *Mr. S. R. Prince, Mr. Thomas W. Davis, Mr. James F. Wright, Mr. Murray Allen* and *Mr. W. B. Rodman,* for appellants, in support of the motion.